IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-2977

SHAWNDEE AGUILAR and BRYAN AGUILAR,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW the defendant, Allstate Fire and Casualty Insurance Company, by and through counsel, The Ross-Shannon Law Firm, P.C., and pursuant to 28 U.S.C.A. § 1446, hereby removes the above action from the District Court for the County of Denver, based on the following grounds:

1.    The above action was filed in the District Court, County of Denver and is now pending in that Court. Process, including a Summons and Complaint, was served on defendant on October 2, 2014.

2.    The plaintiffs allege that this action is a civil action involving an amount in controversy exceeding $199,156.80, exclusive of interest and costs. See, pg. 6 and 7 of plaintiffs' July 25, 2014 letter with an itemization of claimed damages for plaintiff Shawndee Aguilar attached hereto as **Exhibit A**.  This

amount does not include the damages which are being claimed by plaintiff Bryan Aguilar.

3. Moreover, this is a civil action between parties of diverse citizenship and for which this Court has original jurisdiction under 28 U.S.C.A. § 1332. Plaintiffs are citizens of the State of Colorado, and the defendant is a citizen of the State of Illinois. <u>See</u>, ¶¶ 1, 2, and 3 of plaintiffs' Complaint and Jury Demand. No change of citizenship has occurred since the commencement of this action.

4. Defendant is entitled to remove the above action from the state District Court to the United States District Court pursuant to 28 U.S.C.A. § 1446(a).

5. Copies of all process and pleadings served on defendant are attached and filed with this notice.

Dated:  November 3, 2014    Respectfully submitted,

                                                            s/  Justin H. Zouski
                                                            _____
                                                            Bradley Ross-Shannon
                                                            Justin H. Zouski
                                                            THE ROSS-SHANNON LAW FIRM, P.C.
                                                            12596 West Bayaud Avenue, Suite 380
                                                            Lakewood, CO  80228
                                                            Telephone:  (303) 988-9500
                                                           Facsimile:  (303) 988-9511
                                                           E-mail:  br-s@ross-shannonlaw.com
                                                                       jzouski@ross-shannonlaw.com
                                                           Attorney for Defendant

Allstate Fire and Casualty Insurance Company

Address for Defendant:
2775 Sanders Road
Northbrook, Illinois 60062

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2014, a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

David O. Hansen, Esq.
Kumpf Charsley & Hansen, LLC
9635 Maroon Circle, Suite #230
Englewoodm CO 80112

E-mail:  dhansen@kch-law.com

s/ Justin H. Zouski
_____
Justin H. Zouski