IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02977-RPM

SHAWNDEE AGUILAR, and
BRYAN AGUILAR,

      Plaintiffs,
v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

      Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that  a scheduling conference will be held on **January 6, 2015, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx

 (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 31, 2014.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.  It is

      FURTHER ORDERED, that counsel for defendant shall file respective disclosure statements pursuant to  Fed.R.Civ.P. 7.1.

      Dated: November 10th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge