IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-2977-RPM

SHAWNDEE AGUILAR and BRYAN AGUILAR,

     Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

     Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

     THIS MATTER coming on to be heard upon the Stipulation for Dismissal with Prejudice of the plaintiffs, Shawndee Aguilar and Bryan Aguilar, and the defendant, Allstate Fire and Casualty Insurance Company, and the Court having examined said Stipulation,

     FINDS that the Stipulation is proper and should be approved.

     THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all matters concerning Shawndee Aguilar and Bryan Aguilar in the within action against Allstate Fire and Casualty Insurance Company be and the same hereby are, dismissed with prejudice, each party to pay their own costs and attorney fees.

     DONE AND SIGNED this 20th day of May, 2015.

     BY THE COURT:

     s/Richard P. Matsch

     _____
     Richard P. Matsch, Senior District Judge